STEVEN G. KALAR
Federal Public Defender
GALIA A. PHILLIPS
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant HENDRICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY HENDRICKSON,<br><br>Defendant. | No. CR 14-0569 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |

The parties in this case agree and jointly request the Court to move the hearing in the above captioned case from March 25, 2015 to May 27, 2015 at 2:30 p.m. The reason for this request is to allow the defendant to review discovery and obtain records.  The government provided over 750 pages of text messages.  Because of the protective order, Mr. Hendrickson may only view the text messages in the presence of counsel during a contact visit at the jail; this is a time-consuming process.  In addition, the defendant needs additional time to gather records. The defendant has already obtained medical records, records from prior convictions and dependancy records.  The dependancy records are voluminous and necessitate the need to obtain additional records related to child abuse suffered by the defendant.  Defendant also needs to obtain records from his mother's conviction and prison sentence for child abuse.  The defendant also needs to obtain records from the Social Security Administration.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the hearing to May 27, 2015 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: March 18, 2015

_____/s/_____
ELISE BECKER
Assistant United States Attorney

Dated: March 18, 2015

_____/s/_____
GALIA A. PHILLIPS
Attorney for Defendant

## [PR~~OP~~OSED] ORDER

For the reasons stated above the Court hereby CONTINUES the hearing in the aforementioned case from March 25, 2015 to May 27, 2015 at 2:30 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due

1  diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: ___3/19/15_____

THE HONORABLE
UNITED STATES

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED, signed Judge Edward M. Chen]*