STEVEN G. KALAR
Federal Public Defender
GALIA A. PHILLIPS
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant HENDRICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 14-0569 EMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER FOR CONTINUANCE OF** |
| v. ) | **STATUS CONFERENCE** |
| ) | **AND EXCLUSION OF TIME** |
| JEREMY HENDRICKSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties in this case agree and jointly request the Court to move the hearing in the above captioned case from December 23, 2015 at 2:30 pm to February 24, 2015. Defendant is facing a 25 year mandatory minimum sentence. The defendant has already obtained medical records, records from prior convictions, dependancy records, as well as records from defendant's mother's conviction for child abuse. The records obtained are voluminous and multiple members of the Federal Public Defender's Office are reviewing the records to create a chronology of Defendant's life. The records concern the Defendant's intellectual disability, his major psychiatric disorder, his seizure disorder, and the child abuse he suffered. In addition, defense counsel's expert has completed neuropsychological testing but defense counsel is still waiting for the report to be finalized. The expert needed information from a person who knew Defendant as a child in order to make a diagnosis regarding his intellectual disability. As

1  defendant was removed from his parent's care at the age of 6, defense counsel needed to find a
2  staff worker from one of Defendant's group homes to provide the necessary information to the
3  expert.
4       The parties concur that granting the exclusion would allow the reasonable time necessary
5  for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
6  The parties also agree that the ends of justice served by granting such an exclusion of time for
7  the
8  purposes of effective preparation of counsel outweigh the best interests of the public and the
9  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

   Accordingly, due to the reasons stated above, the parties jointly move to continue the
hearing to Fe̶b̶r̶u̶a̶r̶y̶ ̶2̶4̶,̶ ̶2̶0̶15 [March 2, 2016] at 2:30 p.m.

IT IS SO STIPULATED.

Dated: December 8, 2015                           s/
                                                  _____
                                                  ELISE BECKER
                                                  Assistant United States Attorney


                                                  s/
                                                  _____
Dated: December 8, 2015                           GALIA AMRAM PHILLIPS
                                                  Attorney for Defendant


## [PRO̶P̶O̶S̶E̶D̶] ORDER

For the reasons stated above the Court hereby CONTINUES the hearing in the
aforementioned case from December 23, 2015 at 2:30 pm to F̶e̶b̶r̶u̶a̶r̶y̶ ̶2̶4̶,̶ ̶2̶0̶15 [March 2, 2016] at 2:30 pm. The
Court further finds that the exclusion from the time limits of this period applicable under 18

U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: _12/15/15_____    _____
                                     THE HONORABLE EDWARD M. CHEN
                                     UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*