1  STEVEN G. KALAR
   Federal Public Defender
2  GALIA AMRAM
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant HENDRICKSON
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,              )   No. CR 14-0569 EMC
                                            )
11 |           Plaintiff,                   )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER FOR CONTINUANCE OF**
12 |      v.                                )   **STATUS CONFERENCE**
                                            )   **AND EXCLUSION OF TIME**
13 | JEREMY HENDRICKSON,                    )
                                            )
14 |           Defendant.                   )
                                            )
15

16       The parties in this case agree and jointly request the Court to move the hearing in the

17 above captioned case from March 2, 2016 to March 23, 2016.  The reason for this is that defense

18 counsel is unavailable on March 2, 2016 and the defense has recently provided a large amount of

19 information to the government and the government needs time to review it and the parties need

20 time to consult.

21       The parties concur that granting the exclusion would allow the reasonable time necessary

22 for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

23 The parties also agree that the ends of justice served by granting such an exclusion of time for

24 the purposes of effective preparation of counsel outweigh the best interests of the public and the

25 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

26       Accordingly, due to the reasons stated above, the parties jointly move to continue the

14-0569 EMC; Stipulation to Continue            1

1  hearing to March 23, 2016 at 2:30 p.m.

2

3

IT IS SO STIPULATED.

4

Dated: February 18, 2016                    /s/

5                                              _____

                                             ELISE BECKER
6                                            Assistant United States Attorney

7

Dated: February 18, 2016                    /s/

8                                              _____

                                             GALIA AMRAM
9                                            Attorney for Defendant

10

11

12                              **[PROPOSED] ORDER**

13

       For the reasons stated above the Court hereby CONTINUES the hearing in the
14
aforementioned case from March 2, 2016 to March 23, 2016 at 2:30 pm.  The Court further finds
15
that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is
16
warranted and that the ends of justice served by the continuance outweigh the best interests of
17
the public and the defendant in a speedy trial. Denying the requested exclusion of time would
18
deprive the defendant effective preparation of counsel, taking into account the exercise of due
19
diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
20

21     **IT IS SO ORDERED**.

22            2/19/16
       DATED: _____         _____
23                                            THE HONORABLE
                                              UNITED STATES
24                                                                 Judge Edward M. Chen

25

26

14-0569 EMC; Stipulation to Continue              2