BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-569 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM MAY 25, 2016, TO JUNE 8, 2016 |
| v. | |
| JEREMY HENDRICKSON, | |
| Defendant. | |

     The parties appeared before the Court on March 23, 2016, at which time the matter was put over to May 25, 2016, for further status. Since that time, the parties have engaged in plea discussions which are not yet finalized. Accordingly, the parties respectfully request that the matter be continued from May 25, 2016, to June 8, 2016, for a change of plea.

DATED: May 19, 2016                              Respectfully submitted,

                                                                    BRIAN J. STRETCH
                                                                    United States Attorney

                                                                     /s/
                                                                    ELISE BECKER
                                                                    Assistant United States Attorney

1  SO STIPULATED.

2  DATED: May 19, 2016                              _____/s/ _____
                                                    GALIA AMRAM
3                                                   Attorney for Jeremy Hendrickson

4

5       Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED

6  that the status hearing on May 25, 2016, is vacated, and the case is rescheduled for a change of plea on

7  June 8, 2016.

8

9  DATED: May 19, 2016                              _____
                                                    HON. EDWARD M. CHEN
10                                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING HEARING
CR 14-569 EMC