BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6878
      FAX: (415) 436-7234
      Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JEREMY HENDRICKSON,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR 14-00569 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM JUNE 8, 2016, TO JULY 6, 2016, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

      The parties appeared before the Court on March 23, 2016, at which time the matter was put over to May 25, 2016, for further status.  Since that time, the parties have engaged in plea discussions which are not yet finalized, and the parties requested that the matter be continued to June 8, 2016, for a change of plea.  Those discussions are ongoing, and require continued review of the discovery in order to complete.  Since counsel for the defendant is unavailable June 15, counsel for the government is unavailable June 22, and both counsels are unavailable on June 29, the parties respectfully request that the hearing date be continued to July 6, 2016, at 10 a.m.  The parties submit that the additional time is necessary for effective preparation of counsel and continuity of counsel.

1  DATED: June 6, 2016                    Respectfully submitted,

2                                         BRIAN J. STRETCH
                                          United States Attorney
3
                                          _____/s/_____
4                                         ELISE BECKER
                                          Assistant United States Attorney
5

6  SO STIPULATED.

7  DATED: June 6, 2016                    _____/s/_____
                                          GALIA AMRAM
8                                         Attorney for Jeremy Hendrickson

9

10        Based upon the representation of counsel and for good cause shown, the Court finds that failing

11  to exclude the time between June 8, 2016, and July 6, 2016, would deny counsel the reasonable time

12  necessary for effective preparation, taking into account the exercise of due diligence, and continuity of

13  counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by

14  excluding the time between June 8, 2016, and July 6, 2016, from computation under the Speedy Trial

15  Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS

16  HEREBY ORDERED that the hearing date is continued to July 6, 2016, at 10 a.m., and that the time

17  between June 8, 2016, and July 6, 2016, shall be excluded from computation under the Speedy Trial Act.

18  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

19

20

21  DATED:        6/7/2016

22                                                                          _____

23                                                                          IT IS SO ORDERED
                                                                            Judge Edward M. Chen
24

25

26

27

28

STIPULATION AND ORDER CONTINUING HEARING AND EXCLUSION OF TIME
CR 14-00569 EMC