JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
ANA BOTELLO, Bar No. 366171
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Ana_botello@fd.org

Counsel for Defendant HENDRICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEREMY HENDRICKSON,<br>Defendant. | **Case No.:** CR 14–569 EMC<br><br>**ORDER FOR RELEASE AND FOR HALFWAY HOUSE PLACEMENT** |

On August 6, 2026, Isabella Espinoza-Cortez—charged in this matter as Jeremy Hendrickson—appeared before the court for a hearing related to a pending Form 12. At that point, the Court ordered them released from custody to reside in the halfway house. **IT IS HEREBY ORDERED** that:

1) The defendant shall be released from San Francisco County Jail and the custody of the U.S. Marshal **at 9:00 AM on August 7, 2026**;
2) The defendant shall report directly to the Residential Reentry Center located at 111 Taylor Street in San Francisco;

3) The defendant then must reside at the Residential Reentry Center for up to 180 days, as directed by Probation, and abide by the rules of the facility.

DATED: August 6, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge