JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant HENDRICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEREMY HENDRICKSON,

Defendant.

Case No.: CR 14-569 EMC

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

The above captioned matter is scheduled for a status conference on September 23, 2026. The assigned United States Probation Officer is unavailable on this date, and reports that Ms. Hendrickson continues to reside at the halfway house and is attending both her sex offender and mental health treatment appointments. Therefore, the parties agree that the matter be continued to October 14, 2026 at 2:30 p.m. via Zoom.

\\

\\

\\

IT IS SO STIPULATED.

September 22, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
SAILAJA PAIDIPATY
Assistant United States Attorney

September 22, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

____9/22/2026______
Dated

EDWARD CHEN
Senior United States District Judge